IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    24-mj-00008-SBP

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHARLYNA BUTTERWORTH,

       Defendant.

_____

## NOTICE OF APPEARANCE
_____

     The Office of the Federal Public Defender, by and through undersigned counsel,

hereby enters its appearance in the above-captioned case.

                 Respectfully submitted,

                 VIRGINIA GRADY
                 Federal Public Defender

                 *s/ Kilie Latendresse*
                 Kilie Latendresse
                 Assistant Federal Public Defender
                 633 17th Street, Suite 1000
                 Denver, CO  80202
                 Telephone:  (303) 294-7002
                 FAX:  (303) 294-1192
                 Kilie_Latendresse@fd.org
                 Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2024, I emailed the foregoing **Notice of Appearance** to the Clerk of Court at cod_criminal_docketing@cod.uscourts.gov for filing with a copy to:

Alison M. Connaughty, Assistant United States Attorney
E-mail: Alison.Connaughty@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Charlyna Butterworth  (via U.S. Mail)

*s/ Kilie Latendresse*
Kilie Latendresse
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Kilie_Latendresse@fd.org
Attorney for Defendant

2