AO 442 (Rev. 01/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

24 JAN 16 PM 1:56

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| | |
|---|---|
| United States of America<br>v.<br>1. CHARLYNA BUTTERWORTH,<br><br>Defendant | )<br>)<br>)  Case No.  24-mj-0008-SBP<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CHARLYNA BUTTERWORTH                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Production of Child Pornography, in violation of Title 18, United States Code, Section 2251(a) and (e)


Date:  January 10, 2024                                         _____
                                                                                *Issuing officer's signature*

City and state:   Denver, Colorado                      Susan Prose, United States Magistrate Judge
                                                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  1/10/2024  , and the person was arrested on *(date)*  1/11/2024<br>at *(city and state)*  Aurora, CO  .<br><br>Date:  1/12/2024                                         _____<br>                                                                   *Arresting officer's signature*<br><br>                                                                  Christopher Screbis FBI Special Agent<br>                                                                   *Printed name and title* |