AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>Charlyna Butterworth<br>_Defendant_ | )<br>)<br>)  Case No. ~~23-6243~~<br>)   24-mj-8-SBP<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 1/24/24

_Defendant's signature_

_Signature of defendant's attorney_

Kilie Latendresse   CO 50970
_Printed name and bar number of defendant's attorney_

633 17th St, Denver, CO 80202
_Address of defendant's attorney_

Kilie_Latendresse@FD.org
_E-mail address of defendant's attorney_

(303) 294-7002
_Telephone number of defendant's attorney_

_FAX number of defendant's attorney_